(Official Form 1) (10/05) West Group, Rochester, NY

# United States Bankruptcy Court
**WESTERN District of OKLAHOMA**

## Voluntary Petition

| Debtor | Joint Debtor |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): FERNOW, WAYNE EDWARD | Name of Joint Debtor (Spouse)(Last, First, Middle): FERNOW, HARVA JILL |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): NONE | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): NONE |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): 1325 | Last four digits of Soc. Sec. No./Compete EIN or other Tax I.D. No. (if more than one, state all): 7474 |
| Street Address of Debtor (No. & Street, City, and State): 4828 Michael Drive, Del City OK — ZIPCODE 73115 | Street Address of Joint Debtor (No. & Street, City, and State): 4828 Michael Drive, Del City OK — ZIPCODE 73115 |
| County of Residence or of the Principal Place of Business: Oklahoma | County of Residence or of the Principal Place of Business: Oklahoma |
| Mailing Address of Debtor (if different from street address): P. O. Box 55575, Del City OK — ZIPCODE 73155 | Mailing Address of Joint Debtor (if different from street address): P. O. Box 55575, Del City OK — ZIPCODE 73155 |

Location of Principal Assets of Business Debtor (If different from street address above): NOT APPLICABLE — ZIPCODE

**Type of Debtor** (Form of organization) (Check one box.)

- ☒ Individual (includes Joint Debtors)
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (if debtor is not one of the above entities, check this box and provide the information requested below.)

State type of entity: ____________

**Nature of Business** (Check all applicable boxes.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Nonprofit Organization qualified under 11 U.S.C. § 501(3)(c).

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☒ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 9
- ☐ Chapter 12
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding
- ☐ Chapter 13

**Nature of Debts** (Check one box)

- ☒ Consumer/Non-Business
- ☐ Business

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is debtor is unable to pay fee except in installments. Rule 1006(b). See Official form No. 3A.
- ☐ Filing fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors:**

**Check one box:**

- ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

**Statistical/Administrative Information**

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|---|
| | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| Estimated Assets | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Estimated Debts | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

THIS SPACE IS FOR COURT USE ONLY

FILED
2006 JUN -6 P 12:51
GRANT PRICE, CLERK
U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF OK
DEPUTY

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
WAYNE EDWARD FERNOW and
HARVA JILL FERNOW

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X Wayne E. Fernow
Signature of Debtor

X Harva Jill Fernow
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

5/30/06
Date

**Signature of Attorney**

X Terrell Monks
Signature of Attorney for Debtor(s)

TERRELL MONKS 17474
Printed Name of Attorney for Debtor(s)

TERRELL MONKS
Firm Name

5101 N. Classen Blvd., #412
Address

Oklahoma City OK 73118

(405) 840-6353
Telephone Number

6/1/06
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documentation required by § 1515 of title 11 are attached.

☐ Pursuant to § 1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign proceeding is attached.

X
(Signature of Foreign Representative)

(Printed name of Foreign Representative)

(Date)

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C.§110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C §110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. §110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor as required in that section. Official Form 19B is attached.

Printed Name and title, if any, of bankruptcy Petition Preparer

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principle, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; Required by 18 U.S.C. § 156.*

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): WAYNE EDWARD FERNOW and HARVA JILL FERNOW | |
|---|---|---|
| **Prior Bankruptcy Case Filed Within Last 8 Years** | (If more than one, attach additional sheet) | |
| Location Where Filed: NONE | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | (If more than one, attach additional sheet) | |
| Name of Debtor: NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)

☐ Exhibit A is attached and made a part of this petition

## Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy code.

X [signature] 6/1/06
Signature of Attorney for Debtor(s) Date

## Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health and safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

## Certification Concerning Debt Counseling by Individual/Joint Debtor(s)

☐ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.

☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing)

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principle assets in the United States in this District, or has no principle place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interest of the parties will be served in regard to the relief sought in this District.

## Statement by a Debtor Who Resides as a Tenant of Residential Property

*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

______________________________
(Name of landlord that obtained judgment)

______________________________
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Rule 2016(b) (8/91) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF OKLAHOMA

In re WAYNE EDWARD FERNOW
and
HARVA JILL FERNOW

/ Debtor

Case No.
Chapter 7

Attorney for Debtor: TERRELL MONKS

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 950.00
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . . $ 0.00
   c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . $ 950.00

3. $ 299.00 of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
   None other

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
   None other

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
   None

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
   None

Dated:

Respectfully submitted,

x [signature]

Attorney for Petitioner: TERRELL MONKS

TERRELL MONKS
5101 N. Classen Blvd., #412
Oklahoma City OK 73118

Notice of Available Chapters (Rev. 4/01) 2001 USBC, Central District of California

Name: TERRELL MONKS
TERRELL MONKS
Address: 5101 N. Classen Blvd., #412
Oklahoma City OK 73118

Telephone: (405) 840-6353 Fax: (405) 840-6355
☒ Attorney for Debtor(s)
☐ Debtor In Pro Per

## UNITED STATES BANKRUPTCY COURT
WESTERN **DISTRICT OF** OKLAHOMA

List all names including trade names, used by Debtor(s) within last 6 years:
WAYNE EDWARD FERNOW
and
HARVA JILL FERNOW

Social Security No. 1325 Debtor
Social Security No. 7474 Joint Debtor
Debtor(s) EIN No. ______

Case No.

## NOTICE OF AVAILABLE CHAPTERS

1. Section 342(b) of 11 U.S. Code ("The Bankruptcy Code") states:
"Prior to the commencement of a case under this title by an individual whose debts are primarily consumer debts, the clerk shall give written notice to such individual that indicates each chapter of this title under which such individual may proceed."

2. You are eligible to file under Chapter 7, whereby debts are discharged and your non-exempt assets are liquidated by the trustee for the benefit of your creditors.

3. You are eligible to file under Chapter 11 for debt reorganization upon payment of the additional fee required.

4. If your noncontingent, liquidated debts are less than $290,525.00 unsecured and $871,550.00 secured (11 U.S.C. §109(e)), you are also eligible to file under Chapter 13 and to use future income to pay all or a portion of your debts.

5. If you are a family farmer, with a regular annual income, as defined by 11 U.S.C. § 101 (18) (19), you are eligible to file under Chapter 12.

6. To determine which chapter to file under, it is recommended that you consult an attorney.

GRANT PRICE
Clerk of Court

**"I HAVE READ THE ABOVE "NOTICE OF AVAILABLE CHAPTERS."**

Wayne E Fernow ______ 5/30/06
Signature of Debtor Date

Harva Jill Fernow ______ 5/30/06
Signature of Joint Debtor (if applicable) Date

**If the Court has previously ordered that you may not file bankruptcy for 180 days or any other period, you may not file bankruptcy without prior leave of the Court.**

FORM B6 (10/05) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF OKLAHOMA

In re *WAYNE EDWARD FERNOW and HARVA JILL FERNOW*

Case No.
Chapter 7

________________________ / Debtor

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages on each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

| | | | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
| A-Real Property | Yes | 1 | $ 75,000.00 | | |
| B-Personal Property | Yes | 4 | $ 32,368.89 | | |
| C-Property Claimed as Exempt | Yes | 1 | | | |
| D-Creditors Holding Secured Claims | Yes | 1 | | $ 70,100.00 | |
| E-Creditors Holding Unsecured Priority Claims | Yes | 2 | | $ 40,624.14 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | $ 40,286.55 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | Yes | 1 | | | $ 2,259.28 |
| J-Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 3,106.64 |
| TOTAL | | | $ 107,368.89 | $ 151,010.69 | |

FORM B6 (10/05) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF OKLAHOMA

In re *WAYNE EDWARD FERNOW and HARVA JILL FERNOW*

Case No.
Chapter 7

_______________ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES (28 U.S.C § 159)
**[Individual Debtors Only]**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 40,624.14 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 40,124.14 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 80,748.28 |

**The forgoing information is for statistical purposes only under 28 U.S.C. § 159.**

FORM B6A (10/05) West Group, Rochester, NY

In re WAYNE EDWARD FERNOW and HARVA JILL FERNOW / Debtor Case No. ______ (If known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Homestead residence located at 4828 Michael Dr., Del City, Oklahoma, described as: Lot 2, Block 4, Del Crest Heights Third Addition to Del City, Oklahoma County, Oklahoma. | Fee Simple | H | $ 75,000.00 | $ 54,000.00 |
| | | TOTAL $ (Report also on Summary of Schedules.) | 75,000.00 | |

No continuation sheets attached

FORM B6B (10/05) West Group, Rochester, NY

In re *WAYNE EDWARD FERNOW and HARVA JILL FERNOW* / Debtor Case No. ____________ (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | None | Description and Location of Property | Husband–H Wife–W Joint–J Community–C | Current Value of Debtor's Interest, In Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank accounts: Checking Account #62836 at First National Bank (business checking account for Great Plains Insurance Agency, LLC)<br>Location: In debtor's possession | H | $ 339.00 |
| | | Bank accounts: Savings Account #003041154145 at Bank of America (payable on death to Harva J. Fernow)<br>Location: In debtor's possession | H | $ 150.00 |
| | | Bank accounts: Checking Account #003041154158 at Bank of America (payable on death to Harva J. Fernow)<br>Location: In debtor's possession | H | $ 0.00 |
| | | Bank accounts: Checking Account #003042348264 at Bank of America (payable on death to Harve J. Fernow<br>Location: In debtor's possession | H | $ 6.35 |
| | | Bank accounts: Savings Account #9114346 at First National Bank (held in trust for benefit of children--gift from Harve Dunn to pay dental bills)<br>Location: In debtor's possession | J | $ 2,443.39 |
| | | Bank accounts: Checking Account #5435797 at First National Bank<br>Location: In debtor's possession | H | $ 5.00 |

FORM B6B (10/05) West Group, Rochester, NY

In re WAYNE EDWARD FERNOW and HARVA JILL FERNOW / Debtor    Case No. ______ (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband–H Wife–W Joint–J Community–C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Bank accounts: Checking Account #5157090 at First National Bank<br>Location: In debtor's possession | J | $ 1,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household goods and furnishings described as: Sofa, kitchen table with 4 chairs, 4 beds, 2 end tables, 4 lamps, 1 desk, 2 chairs, 2 bookcases, 1 computer desk, and 1 laptop computer<br>Location: In debtor's possession | J | $ 1,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Wearing apparel: Miscellaneous items of clothing and personal effects<br>Location: In debtor's possession | J | $ 500.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Firearms: 1 Shotgun<br>Location: In debtor's possession | J | $ 100.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | Retirement: 401K Plan with Del<br>Location: In debtor's possession | H | $ 575.15 |

FORM B6B (10/05) West Group, Rochester, NY

In re *WAYNE EDWARD FERNOW and HARVA JILL FERNOW* / Debtor Case No. ______ (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | Business interest: One-half interest in Great Plans Insurance Agency, LLC (partner/co-owner with Clark Curry). Business located at 4539 S. E. 29th Street, Del City, OK 73115<br>Location: In debtor's possession | H | $ 5,000.00 |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | | Commissions: Future commissions<br>Location: In debtor's possession | J | Unknown |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles. | | Automobiles: 1990 Buick Regal (stepson's car), titled in the name of Harva Fernow and/or Tim O'Neil<br>Location: In debtor's possession | W | $ 750.00 |

FORM B6B (10/05) West Group, Rochester, NY

In re *WAYNE EDWARD FERNOW and HARVA JILL FERNOW* / Debtor Case No. ______________ (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | *Automobiles: 2001 Dodge Dakota--leased*<br>*Location: In debtor's possession* | H | $ 12,000.00 |
| | | *Automobiles: 2003 Ford Taurus titled in name of Great Plains Insurance Agency and Debtors*<br>*Location: In debtor's possession* | H | $ 8,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | *Office equpment: 1 Computer, 1 printer, 1 filing cabinet, and 1 desk*<br>*Location: In debtor's possession* | H | $ 500.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |



Total ➔ $ 32,368.89

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

FORM B6C (10/05) West Group, Rochester, NY

In re *WAYNE EDWARD FERNOW and HARVA JILL FERNOW* / Debtor Case No. ______ (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b) (2):
☒ 11 U.S.C. § 522(b) (3):

☐ Check if debtor claims a homestead exemption that exceeds $125,000.

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| Bank accounts | Okla. Stat. Ann. Tit. 60 Sec. 175.25 | $ 2,443.39 | $ 2,443.39 |
| Household goods | Okla. Stat. Ann. Tit. 31 §1 A3 | $ 1,000.00 | $ 1,000.00 |
| Wearing apparel | Okla. Stat. Ann. Tit. 31 §1 A8 | $ 500.00 | $ 500.00 |
| Firearms | Okla. Stat. Ann. Tit. 31 §1 A14 | $ 100.00 | $ 100.00 |
| Retirement | Okla. Stat. Ann. Tit. 31 §1 A23, 24 | $ 575.15 | $ 575.15 |
| Business interest | Okla. Stat. Ann. Tit. 54 §1-307(d) | $ 5,000.00 | $ 5,000.00 |
| Commissions | Okla.Stat.Ann.Tit. 12 §1171.1; 31 §1 A18 | $ 0.00 | Unknown |
| Automobiles | Okla. Stat. Ann. Tit. 31 §1 A13 | $ 6,000.00 | $ 8,000.00 |
| Office equpment | Okla. Stat. Ann. Tit. 31 §1 A6 | $ 500.00 | $ 500.00 |

FORM B6D (10/05) West Group, Rochester, NY

In re *WAYNE EDWARD FERNOW and HARVA JILL FERNOW* / Debtor Case No.________ (if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the childs name. See U.S.C. § 112; Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column marked "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on tha Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above) | Codebtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|---|
| Account No: *7090*<br>*Creditor # : 1*<br>*First National Bank*<br>*P. O. Box 10600*<br>*Midwest City OK 73140* | | *J* | *2003*<br>*Secured by bank account*<br>Value: *$ 0.00* | | *X* | | *$ 1,100.00* | *$ 1,100.00* |
| Account No: *0379*<br>*Creditor # : 2*<br>*US Bank N.A.*<br>*P. O. Box 2188*<br>*Oshkosh WI 54903-2188* | | *J* | *08/2001*<br>*Lease on 2001 Dodge Dakota*<br>Value: *$ 12,000.00* | | *X* | | *$ 15,000.00* | *$ 3,000.00* |
| Account No: *4961*<br>*Creditor # : 3*<br>*Washington Mutual*<br>*P. O. Box 78148*<br>*Phoenix AZ 85062-8148* | | *H* | *06/1998*<br>*Mortgage on homestead*<br>Value: *$ 75,000.00* | | *X* | | *$ 54,000.00* | *$ 0.00* |
| Account No: | | | Value: | | | | | |

No continuation sheets attached

| | |
|---|---|
| Subtotal $ (Total of this page) | *70,100.00* |
| Total $ (Use only on last page) | *70,100.00* |

FORM B6E (10/05) West Group, Rochester, NY

In re WAYNE EDWARD FERNOW and HARVA JILL FERNOW / Debtor Case No.______________

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. If applicable, also report this total on the Means Test form.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or providsd. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

1 continuation sheets attached

FORM B6E (10/05) West Group, Rochester, NY

In re WAYNE EDWARD FERNOW and HARVA JILL FERNOW / Debtor Case No.______________ (if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name, Mailing Address Including Zip Code, and Account Number | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|---|
| Account No: 25-2<br>Creditor # : 1<br>ACS<br>P. O. Box 9001560<br>Louisville KY 40290-1560 | | H | 2002<br>Student Loan | | X | | $ 19,251.08 | $ 19,251.08 |
| Account No: 74-1<br>Creditor # : 2<br>ACS<br>P. O. Box 9001560<br>Louisville KY 40290-1560 | | H | 2002<br>Student Loan | | X | | $ 5,913.06 | $ 5,913.06 |
| Account No: 1325<br>Creditor # : 3<br>Direct Loans Servicing<br>Borrower Services Dept.<br>P. O. Box 5609<br>Greenville TX 75403-5609 | | J | 03/2006<br>Student Loan | | X | | $ 8,460.00 | $ 8,460.00 |
| Account No: 1325<br>Creditor # : 4<br>Internal Revenue Service<br>Austin TX 73301 | | H | 03/2006<br>2006 self-employment tax<br>Quarterly deposit due 04/15/2006 | | X | | $ 500.00 | $ 500.00 |
| Account No: 8484<br>Creditor # : 5<br>MOHELA<br>P. O. Box 1022<br>Chesterfield MO 63006-1022 | | H | 1982<br>Student Loan | | X | | $ 6,500.00 | $ 6,500.00 |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |

Sheet No. 1 of 1 sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal $ (Total of this page) 40,624.14

Total $ 40,624.14

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

FORM B6F (10/05) West Group, Rochester, NY

In re *WAYNE EDWARD FERNOW and HARVA JILL FERNOW* / Debtor Case No. ____________ (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the childs name. See 11 U.S.C. 112; Fed.R.Bankr.P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address Including Zip Code And Account Number (See instructions above.) | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim without deductiong value of colateral |
|---|---|---|---|---|---|---|---|
| Account No: *4108*<br>*Creditor # : 1*<br>*Bank of America*<br>*P. O. Box 650269*<br>*Dallas TX 75266-0260* | | *J* | *2003*<br>*Credit Card Purchases* | | *X* | | *$ 9,006.07* |
| Account No: *4108*<br>*Representing:*<br>*Bank of America* | | | *Morgan & Associates*<br>*2601 N. W. Expressway, #205E*<br>*Oklahoma City OK 73112* | | | | |
| Account No: *4108*<br>*Representing:*<br>*Bank of America* | | | *Penncro Associates, Inc.*<br>*P. O. Box 1209*<br>*Oaks PA 19456* | | | | |
| Account No: *4108*<br>*Representing:*<br>*Bank of America* | | | *OSI Collection Services, Inc.*<br>*P. O. Box 922*<br>*Brookfield WI 53008-0922* | | | | |

*2* continuation sheets attached

| | |
|---|---|
| Subtotal $ (Total of this page) | *9,006.07* |
| Total $ (Report total also on Summary of Schedules) | |

FORM B6F (10/05) West Group, Rochester, NY

In re WAYNE EDWARD FERNOW and HARVA JILL FERNOW / Debtor

Case No. ______________ (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim without deductiong value of colaterel |
|---|---|---|---|---|---|---|---|
| Account No: 3648<br>Creditor # : 2<br>Capital One<br>P. O. Box 650007<br>Dallas TX 75265-0007 | | W | 2002<br>Credit Card Purchases | | X | | $ 930.00 |
| Account No: 3648<br>Representing:<br>Capital One | | | OSI Collection Services, Inc.<br>4165 E. Thousand Oaks Blvd.<br>Suite 245<br>Westlake Village CA 91362 | | | | |
| Account No: 8885<br>Creditor # : 3<br>Capital One<br>P. O. Box 650007<br>Dallas TX 75265-0007 | | H | 2002<br>Credit Card Purchases | | X | | $ 1,318.52 |
| Account No: 8885<br>Representing:<br>Capital One | | | NCO Financial Systems, Inc.<br>P. O. Box 61247, Dept. 64<br>Virginia Beach VA 23466 | | | | |
| Account No: 3365<br>Creditor # : 4<br>Chase Cardmember Services<br>P. O. Box 94014<br>Palantine IL 60094-4014 | | W | 2003<br>Credit Card Purchases | | X | | $ 5,774.31 |
| Account No: 3365<br>Representing:<br>Chase Cardmember Services | | | Creditors Interchange<br>80 Holtz Drive<br>Buffalo NY 14225 | | | | |

Sheet No. 1 of 2 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $ (Total of this page) | 8,022.83 |
| Total $ (Report total also on Summary of Schedules) | |

FORM B6F (10/05) West Group, Rochester, NY

In re WAYNE EDWARD FERNOW and HARVA JILL FERNOW / Debtor Case No.__________
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code And Account Number (See instructions above.) | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim without deductiong value of colateral |
|---|---|---|---|---|---|---|---|
| Account No: 9407<br>Creditor # : 5<br>HFC<br>P. O. Box 17574<br>Baltimore MD 21297-1574 | | W | 2003<br>Credit Card Purchases | | X | | $ 9,907.81 |
| Account No: 0840<br>Creditor # : 6<br>HFC<br>P. O. Box 17574<br>Baltimore MD 21297-1574 | | H | 2003<br>Credit Card Purchases | | X | | $ 13,349.84 |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. 2 of 2 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page) 23,257.65

Total $ (Report total also on Summary of Schedules) 40,286.55

FORM B6G (10/05) West Group, Rochester, NY

In re *WAYNE EDWARD FERNOW and HARVA JILL FERNOW* / Debtor Case No. ______ (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "minor child" and do not disclose the child's name. See 11 U.S.C 112 Fed.R.Bankr.P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| US Bank N.A.<br>P. O. Box 2188<br>Oshkosh WI 54903-2188 | Contract Type: Car lease<br>Terms: Lease ends 11/2006<br>Beginning date:<br>Debtor's Interest: Lessee<br>Description: 2001 Dodge Dakota<br>Buyout Option: $4,305.00 to satisfy and $10,800 residual |

FORM B6H (10/05) West Group, Rochester, NY

In re *WAYNE EDWARD FERNOW and HARVA JILL FERNOW* / Debtor Case No. ______________ (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California Idaho, Louisiana, Nevada, New Mexico, Puerto Rico Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the childs name. See 11 U.S.C 112 ; Fed.Bankr.P. 1007(m).

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | |

FORM B6I (11/05) West Group, Rochester, NY

In re WAYNE EDWARD FERNOW and HARVA JILL FERNOW / Debtor Case No. ____________ (if known)

# SCHEDULE I-CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 7, 11, 12, or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| Married | Stepson/son | 23 |
| | Stepdaughter/daughter | 20 |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Computer Sales | Reading Tutor |
| Name of Employer | Dell | Mid-Del Schools |
| How Long Employed | 3 months | 2 years/part-time |
| Address of Employer | One Dell Way<br>Round Rock TX 78682 | 7217 S. E. 15th St.<br>Del City OK 73115 |
| Occupation | Insurance Sales | |
| Name of Employer | Great Plains Insurance Agency | |
| How Long Employed | 1 1/2 years | |
| Address of Employer | 4539 S. E. 29th Street<br>Del City OK 73115 | |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current Monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 1,143.16 | $ 573.50 |
| 2. Estimated Monthly Overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 1,143.16 | $ 573.50 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll Taxes and Social Security | $ 584.92 | $ 45.00 |
| b. Insurance | $ 213.21 | $ 0.00 |
| c. Union Dues | $ 0.00 | $ 0.00 |
| d. Other (Specify): Retirement | $ 130.41 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 928.54 | $ 45.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 214.62 | $ 528.50 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ 1,516.16 | $ 0.00 |
| 8. Income from Real Property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. Social Security or other government assistance Specify: | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income Specify: | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 1,516.16 | $ 0.00 |
| 15. TOTAL MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 1,730.78 | $ 528.50 |

16. TOTAL COMBINED MONTHLY INCOME: $ 2,259.28 (Report also on Summary of Schedules)

17. Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

Note to financial institutions: This electronic representation of Wayne Edward Fernow's paycheck was provided from Dell Marketing USA LP 512.338.4400's ProBusiness Payroll WorkCenter system on 5/8/2006. [redacted]

DELL

05/05/06 D0285953

One Dell Way
Round Rock TX 78682-

**ADVICE OF DEPOSIT** $1,602.90

WAYNE EDWARD FERNOW
4828 MICHAEL DR
OKLAHOMA CITY, OK 73115

**NON-NEGOTIABLE**

| Employee | Id | Social Security | Status | Exemptions / Allowances | Number |
|---|---|---|---|---|---|
| WAYNE EDWARD FERNOW | 884774 | XXX-XX-XXXX | Married | US-0/0 OK-0/0 | D0285953 |

| Code | Paygroup | Division | Department | Hire Date | Period Start | Period End | Pay Date |
|---|---|---|---|---|---|---|---|
| DELLMAUS | 1 | | | 02/13/06 | 04/17/06 | 04/30/06 | 05/05/06 |

| Earnings | Rate Of Pay | Check Hours | Current Amount | Ytd Amount |
|---|---|---|---|---|
| Salary Non Exempt | - | - | 711.54 | 3,913.47 |
| Overtime | 3.8255 | 8.50 | 24.87 | - |
| Overtime | 3.7059 | 8.00 | 29.65 | 305.26 |
| Commissions | - | - | 1,000.00 | 1,750.00 |
| SPIF Commission | - | - | 140.25 | 140.25 |
| Bonus | - | - | 750.00 | 750.00 |
| Total Gross | | | 2,656.31 | 6,858.98 |

| Direct Deposit Accounts | Amount |
|---|---|
| Savings - 003041154145 | 50.00 |
| Checking - 003042348264 | 1,552.90 |

| Memo Entries | Current | Year To Date |
|---|---|---|
| Salary NE Reg Hours - Memo | 80.00 | 440.00 |

| Pre-tax Deductions | Current Amount | Ytd Amount |
|---|---|---|
| Pretax Medical Plan | 85.00 | 425.00 |
| Pretax Dental Plan | 9.90 | 49.50 |
| Pretax Vision Plan | 3.85 | 19.25 |
| 401(k) Savings Plan Matched | 106.25 | 259.78 |
| 401(k) Savings Plan UnMatche | 26.56 | 64.94 |
| Total | 231.56 | 818.47 |

| | | |
|---|---|---|
| W2 Gross | 2,424.75 | 6,040.51 |

| Taxes | Tax Current Amount | Tax Ytd Amount |
|---|---|---|
| Federal Income Tax | 495.24 | 815.47 |
| Social Security (FICA) | 156.56 | 394.64 |
| Federal Medicare | 37.09 | 92.30 |
| Oklahoma Income Tax | 126.00 | 223.00 |
| Total | 818.89 | 1,525.41 |

| After-tax Deductions | Current Amount | Ytd Amount |
|---|---|---|
| LTD | 2.06 | 10.30 |
| Supplemental Life Insurance | 2.07 | 10.35 |
| Supplemental Spouse Life | 0.83 | 4.15 |
| Total | 4.96 | 24.80 |

| | |
|---|---|
| Net Pay | 1,602.90 |

Case: 06-11240 Doc: 1 Filed: 06/06/06 Page: 24 of 50



Wayne Edward Fernow ▸Thursday, May 18, 2006

DELL

Help - Home - Log Off

View Paychecks Payroll WorkCenter



# View Paychecks

The check you selected is displayed below.

To change the view of the check you selected, use the Viewing Controls in the left pa
To display your checks always using the options you've chosen, click **Set As Default**
view a different check, use the Select a Paycheck to View list. To return to the previo
page, click **Done**.

**Viewing Controls**

REDUCE ▮▮▮ ENLARGE

(•) View Full Check

( ) View Stub Only

Set As Default

Select a Paycheck to View: 5/19/2006 Check # D0292162 $525.79

■ Click here for a printable version of this page

DELL

05/19/06

One Dell Way
Round Rock TX 78682-

**ADVICE OF DEPOSIT**

WAYNE EDWARD FERNOW
4828 MICHAEL DR
OKLAHOMA CITY, OK 73115

**NON-NE**

| Employee | Id | Social Security | Status | Exemptions / Allo |
|---|---|---|---|---|
| WAYNE EDWARD FERNOW | 884774 | XXX-XX-XXXX | Married | US-0/0 OK-C |

| Code | Paygroup | Division | Department | Hire Date | Period Start |
|---|---|---|---|---|---|
| DELLMAUS | 1 | | | 02/13/06 | 05/01/06 |

| Earnings | Rate Of Pay | Check Hours | Current Amount | Ytd Amount |
|---|---|---|---|---|
| Salary Non Exempt | - | - | 711.54 | 4,625.01 |
| Overtime | 4.1855 | 2.50 | 10.46 | - |
| Overtime | 4.2864 | 1.50 | 6.43 | 322.15 |
| Commissions | - | - | - | 1,750.00 |
| SPIF Commission | - | - | - | 140.25 |
| Bonus | - | - | - | 750.00 |
| Total Gross | | | 728.43 | 7,587.41 |

Direct Deposit Accounts
Savings - 003041154145
Checking - 003042348264

Memo Entries
Salary NE Reg Hours - Me

| Pre-tax Deductions | Current Amount | Ytd Amount |
|---|---|---|
| Pretax Medical Plan | 57.00 | 482.00 |
| Pretax Dental Plan | 7.00 | 56.50 |
| Pretax Vision Plan | 2.91 | 22.16 |
| 401(k) Savings Plan Matched | 29.14 | 288.92 |
| 401(k) Savings Plan UnMatche | 7.28 | 72.22 |
| Total | 103.33 | 921.80 |

| | | |
|---|---|---|
| W2 Gross | 625.10 | 6,665.61 |

| Taxes | Tax Current Amount | Tax Ytd Amount |
|---|---|---|
| Federal Income Tax | 31.74 | 847.21 |
| Social Security (FICA) | 41.02 | 435.66 |
| Federal Medicare | 9.59 | 101.89 |
| Oklahoma Income Tax | 12.00 | 235.00 |
| Total | 94.35 | 1,619.76 |

| After-tax Deductions | Current Amount | Ytd Amount |
|---|---|---|
| LTD | 2.06 | 12.36 |
| Supplemental Life Insurance | 2.07 | 12.42 |
| Supplemental Spouse Life | 0.83 | 4.98 |
| Total | 4.96 | 29.76 |

| | |
|---|---|
| Net Pay | 525.79 |

Dell Marketing USA LP 512.338.4400 - One Dell Way Round Rock, TX 78682

REMOVE DOCUMENT ALONG THIS PERFORATION

| Employee | Id | Social Security | Status | Exemptions/Allowances | Number |
|---|---|---|---|---|---|
| WAYNE EDWARD FERNOW | 884774 | XXX-XX-XXXX | Married | US-0/0 OK-0/0 | 00039857 |

| Code | Paygroup | Hire Date | Period Start | Period End | Pay Date |
|---|---|---|---|---|---|
| DELLMAUS | 1 | 02/13/06 | 02/20/06 | 03/05/06 | 03/10/06 |

| Earnings | Rate | Units | Current | Year To Date |
|---|---|---|---|---|
| Salary Non-Exempt | | | 711.54 | 1,067.31 |
| Overtime | 4.3922 | 0.50 | 2.20 | |
| Overtime | 4.4195 | 0.25 | 1.10 | 11.77 |
| Total Gross | | | 714.84 | 1,079.08 |

| Memo Entries | | Current | Year To Date |
|---|---|---|---|
| Salary NE Reg Hours | Memo | 80.00 | 120.00 |

| Pre-Tax Deductions | Current | Year To Date |
|---|---|---|
| Pretax Medical Plan | 85.00 | 85.00 |
| Pretax Dental Plan | 9.90 | 9.90 |
| Pretax Vision Plan | 3.85 | 3.85 |
| 401(k) Savings Plan Matched | 28.59 | 28.59 |
| 401(k) Savings Plan UnMatche | 7.15 | 7.15 |
| Total | 134.49 | 134.49 |
| W2 Gross | 580.35 | 944.59 |

| Taxes | Current | Year To Date |
|---|---|---|
| Federal Income Tax | 27.27 | 32.92 |
| Social Security (FICA) | 38.20 | 60.78 |
| Federal Medicare | 8.93 | 14.21 |
| Oklahoma Income Tax | 10.00 | 13.00 |
| Total | 84.40 | 120.91 |

| After-Tax Deductions | Current | Year To Date |
|---|---|---|
| STD | 2.06 | 2.06 |
| Supplemental Life Insurance | 2.07 | 2.07 |
| Supplemental Spouse Life | 0.83 | 0.83 |
| Total | 4.96 | 4.96 |

**Net Pay** 490.99

Dell Marketing USA LP 512.338.4400 - One Dell Way Round Rock, TX 78682

ADP National Account Services
ProBusiness Division

MID-DEL PUBLIC SCHOOLS Check: 110607124 Check Date: 4/25/06

| FERNOW, HARVA J. | Emp Nbr on file | Fiscal | Calendar | Current |
|---|---|---|---|---|
| STIPEND | | 50.00 | | |
| STIPEND | | 110.00 | 50.00 | 50.00 |
| TUTOR | | 3,663.00 | 1,767.00 | 528.00 |
| TUTORING | | 666.00 | 468.00 | |
| | Total Pay | 4,489.00 | 2,285.00 | 578.00 |
| FICA | | | 141.67- | 35.84- |
| MEDICARE | | | 33.13- | 8.38- |
| STATE TAX WITHHOLDING | | | 11.39- | 2.44- |
| FEDERAL TAX WITHHOLDING | | | 17.00- | .00 |
| | Total Deductions | | 203.19- | 46.66- |
| | N E T C H E C K | 110607124 | | 531.34 *************** |

Tax Marital Status: M Exemptions: 00 Location: 915

THE LEAVE IS POSTED THROUGH MARCH 31, 2006. REMINDER - ALL DIRECT DEPOSIT/PAYROLL DEDUCTION CHANGES FOR SUMMER ARE DUE BY MAY 1. THE NEXT SCHEDULED PAYDAY IS 5-24-06.

Employer Contribution

| | |
|---|---|
| FICA | 35.84- |
| MEDICARE | 8.38- |

MID-DEL PUBLIC SCHOOLS — Check: 110605244 — Check Date: 2/24/06

| FERNOW, HARVA J. | Emp Nbr on file | Fiscal | Calendar | Current |
|---|---|---|---|---|
| STIPEND | | 50.00 | | |
| STIPEND | | 60.00 | | |
| TUTOR | | 2,460.00 | 564.00 | 72.00 |
| 2006113 | | 504.00 | 306.00 | 306.00 |
| | Total Pay | 3,074.00 | 870.00 | 378.00 |
| FICA | | | 53.94- | 23.44- |
| MEDICARE | | | 12.61- | 5.48- |
| STATE TAX WITHHOLDING | | | 2.22- | .64- |
| FEDERAL TAX WITHHOLDING | | | | .00 |
| | Total Deductions | | 68.77- | 29.56- |
| | N E T C H E C K | 110605244 | | 348.44 |
| | | | | *************** |

Tax Marital Status: M Exemptions: 00 Location: 915

THE LEAVE IS POSTED THROUGH FEB 3, 2006.
REMINDER- DON'T FORGET TO UPDATE YOUR BENEFICIARY AS NEEDED
THE NEXT SCHEDULED PAYDAY IS 3-24-06.

| Employer Contribution | |
|---|---|
| FICA | 23.44- |
| MEDICARE | 5.48- |

MAY 05, 2006 01:41 AM

# A G E N T C O M P E N S A T I O N

REPORT AC6-05

REGION 051

EXCLUSIVE AGENT COMMISSION STATEMENT FOR 05/2006

PAGE 22375

| AM | LOCATION TYPE | LOCATION NUMBER | TYPE | AGENT NUMBER | CLASS | COMP STATUS | AGENT EMP. DATE | MONTHLY MINIMUM | EMPLOYEE NUMBER | AGENT NAME |
|---|---|---|---|---|---|---|---|---|---|---|
| 72 | 9 | 6D3 | 41 | 62457 | W | 68 | 11/01/2004 | | 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-L | GREAT PLAINS INS AGCY LLC, |

* * * * * * * * * * * 04/2006 CREDITS ON PRODUCTION * * * * * * * * * * *

| LINE GROUP/DESCRIPTION | NEW | RENEWAL | TOTAL |
|---|---|---|---|
| 010-010-010 AUTO PRIVATE PASS. | 14.87 | 33.53 | 48.40 |
| 010-030-060 RESIDENTIAL FIRE | 45.50 | 0.00 | 45.50 |
| 010-030-070 HOMEOWNERS | 0.00 | 182.44 | 182.44 |
| 010-030-072 LANDLORD'S PACKAGE PO | 180.00 | 50.60 | 230.60 |
| 027-010-010 AFCIC-AUTO PRIV PASS | 28.47 | 130.21 | 158.68 |
| 034-050-080 LBL PERSONAL LIFE | 93.38 | 2.11 | 95.49 |
| 060-010-010 AUTO-INDEM | 0.00 | 32.87 | 32.87 |
| 060-030-070 HOMEOWNERS-INDEM | 199.90 | 594.80 | 794.70 |
| 065-010-010 ALPAC-AUTO PRIV PASS | 28.64 | 670.60 | 699.24 |
| 065-030-090 ALPAC-BOATOWNERS/RPP | 0.00 | 31.84 | 31.84 |
| * TOTAL REGULAR CREDITS | 590.76 | 1729.00 | 2319.76 |
| ALLSTATE FLOOD INS | 0.00 | 80.36 | 80.36 |

* * * * 05/2006 MONTHLY COMPENSATION * * * *

| | |
|---|---|
| NEW<br>BASED ON 04/2006 PROD. MONTH | 590.76 |
| RENEWAL<br>BASED ON 04/2006 PROD. MONTH | 1729.00 |
| * SUB TOTAL * | 2319.76 |
| ALLSTATE FLOOD INSURANCE | 80.36 |
| AGENCY DEVELOPMENT BONUS<br>( 5978.74 X 12.00% ) | 717.45 |
| COMPENSATION PAYABLE ON 05/31/2006 | 3117.57 |
| *** 1099 MONTHLY TOTAL *** | 3117.57 |

May Gross Commission statement
before expenses

2:54 PM
05/14/06
Cash Basis

# Great Plains Insurance Agency, LLC
## Profit & Loss
### January 1 through May 14, 2006

| | | Jan 1 - May 14, 06 |
|---|---|---|
| Ordinary Income/Expense | | |
| Income | | |
| Commission Income | | 13,704.26 |
| Reimbursed Expenses | | |
| Allstate CO-OP | 372.82 | |
| Total Reimbursed Expenses | | 372.82 |
| Total Income | | 14,077.08 |
| Expense | | |
| Advertising | | 267.24 |
| Automobile Expense | | |
| Auto Fuel | 289.71 | |
| Auto Repairs | 31.05 | |
| Total Automobile Expense | | 320.76 |
| Commissions | | 3,585.90 |
| Dues and Subscriptions | | 115.02 |
| Employee Expense | | 3.68 |
| Firm Promotion | | 25.00 |
| Insurance | | |
| Health Insurance | 234.40 | |
| Total Insurance | | 234.40 |
| Internet Service | | 245.85 |
| Licenses and Permits | | 225.00 |
| Marketing | | 1,715.75 |
| Office Expense | | 143.83 |
| Office Supplies | | 208.34 |
| Payroll Expenses | | 4,626.08 |
| Postage and Delivery | | 277.47 |
| Professional Fees | | |
| Accounting | 460.00 | |
| Total Professional Fees | | 460.00 |
| Rent | | |
| Office Rent | 600.00 | |
| Total Rent | | 600.00 |
| Taxes | | |
| Taxes, Payroll | 76.78 | |
| Total Taxes | | 78.78 |
| Telephone | | 748.98 |

2:54 PM
05/14/06
Cash Basis

# Great Plains Insurance Agency, LLC
## Profit & Loss
### January 1 through May 14, 2006

| | Jan 1 - May 14, 06 |
|---|---|
| Travel & Ent | |
| Meals | 179.53 |
| Total Travel & Ent | 179.53 |
| Total Expense | 14,059.61 |
| Net Ordinary Income | 17.47 |
| Other Income/Expense | |
| Other Income | |
| Other Income | 595.00 |
| Total Other Income | 595.00 |
| Other Expense | |
| Other Expenses | 17.00 |
| Total Other Expense | 17.00 |
| Net Other Income | 578.00 |
| Net Income | 595.47 |

1:42 PM
05/14/06

# Great Plains Insurance Agency, LLC
## Unpaid Bills Detail
### As of May 14, 2006

| Type | Date | Num | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|
| **Advanta Bank Corp** | | | | | |
| Bill | 5/5/2006 | 55841... | 5/23/2006 | | 373.47 |
| Total Advanta Bank Corp | | | | | 373.47 |
| **Cox Communications** | | | | | |
| Bill | 5/5/2006 | 00161... | 5/15/2006 | | 79.95 |
| Total Cox Communications | | | | | 79.95 |
| **Curry Insurance** | | | | | |
| Bill | 5/5/2006 | | 5/15/2006 | | 700.00 |
| Total Curry Insurance | | | | | 700.00 |
| **DHL** | | | | | |
| Bill | 5/5/2006 | v4961... | 5/31/2006 | | 60.00 |
| Total DHL | | | | | 60.00 |
| **Linda S Dowers** | | | | | |
| Bill | 5/5/2006 | | 5/31/2006 | | 295.38 |
| Total Linda S Dowers | | | | | 295.38 |
| **Mollman's** | | | | | |
| Bill | 5/5/2006 | | 5/29/2006 | | 7.56 |
| Total Mollman's | | | | | 7.56 |
| **Okautofinder.com** | | | | | |
| Bill | 4/8/2006 | | 4/8/2006 | 36 | 200.00 |
| Total Okautofinder.com | | | | | 200.00 |
| **Quill** | | | | | |
| Bill | 5/5/2006 | | 5/31/2006 | | 13.99 |
| Total Quill | | | | | 13.99 |
| **Scott Curry** | | | | | |
| Bill | 5/5/2006 | | 5/31/2006 | | 337.07 |
| Total Scott Curry | | | | | 337.07 |
| **TOTAL** | | | | | **2,067.42** |

1:31 PM
05/14/06

# Great Plains Insurance Agency, LLC
## Transaction List by Vendor
### December 31, 2005 through May 31, 2006

| Type | Date | Num | Memo | Account | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|
| **Advanta Bank Corp** | | | | | | | |
| Bill | 1/12/2006 | | | Accounts Payable | | -SPLIT- | -307.52 |
| Bill Pmt -Check | 1/23/2006 | EFT | | First National Bank-0... | X | Accounts Paya... | -307.52 |
| Check | 2/18/2006 | EFT | | First National Bank-0... | X | -SPLIT- | -1,285.98 |
| Bill | 3/1/2006 | | | Accounts Payable | | -SPLIT- | -495.88 |
| Bill Pmt -Check | 3/1/2006 | 1284 | | First National Bank-0... | X | Accounts Paya... | -495.88 |
| Bill | 4/8/2006 | 55841... | | Accounts Payable | | -SPLIT- | -478.28 |
| Bill Pmt -Check | 4/19/2006 | EFT | | First National Bank-0... | | Accounts Paya... | -478.28 |
| Bill | 5/5/2006 | 55841... | | Accounts Payable | | -SPLIT- | -373.47 |
| **American Fire and Safety Co** | | | | | | | |
| Bill | 1/12/2006 | | | Accounts Payable | | Office Expense | -35.00 |
| Bill Pmt -Check | 2/21/2006 | 1282 | | First National Bank-0... | X | Accounts Paya... | -35.00 |
| **Anderson Window Cleaning** | | | | | | | |
| Check | 1/4/2006 | 1261 | 107053 | First National Bank-0... | X | Other Expenses | -17.00 |
| **AT&T** | | | | | | | |
| Bill | 1/23/2006 | 40567... | | Accounts Payable | | Telephone | -134.24 |
| Bill Pmt -Check | 2/25/2006 | 1283 | | First National Bank-0... | X | Accounts Paya... | -134.24 |
| Bill | 3/24/2006 | | | Accounts Payable | | Telephone | -268.70 |
| Bill Pmt -Check | 3/30/2006 | 1297 | | First National Bank-0... | | Accounts Paya... | -268.70 |
| Bill | 4/22/2006 | 40567... | | Accounts Payable | | Telephone | -135.72 |
| Bill Pmt -Check | 4/22/2006 | 1312 | | First National Bank-0... | | Accounts Paya... | -135.72 |
| **Benefit Concepts** | | | | | | | |
| Check | 1/27/2006 | 1267 | | First National Bank-0... | X | Health Insurance | -117.20 |
| Check | 1/27/2006 | 1268 | 001731-0303... | First National Bank-0... | X | Health Insurance | -117.20 |
| **Cingular Wireless** | | | | | | | |
| Check | 2/4/2006 | EFT | | First National Bank-0... | X | Telephone | -210.32 |
| **Cox Communications** | | | | | | | |
| Bill | 1/27/2006 | 00161... | | Accounts Payable | | Internet Service | -79.95 |
| Bill Pmt -Check | 3/1/2006 | 1285 | 001-6111-053... | First National Bank-0... | X | Accounts Paya... | -159.90 |
| Bill | 3/18/2006 | | | Accounts Payable | | Internet Service | -79.95 |
| Bill | 3/24/2006 | | | Accounts Payable | | Internet Service | -85.95 |
| Bill Pmt -Check | 3/30/2006 | 1298 | 001-6111-053... | First National Bank-0... | | Accounts Paya... | -85.95 |
| Bill | 5/5/2006 | 00181... | | Accounts Payable | | Internet Service | -79.95 |
| **Curry Insurance** | | | | | | | |
| Bill | 3/1/2006 | | | Accounts Payable | | Office Rent | -200.00 |
| Bill | 3/1/2006 | | | Accounts Payable | | Office Rent | -200.00 |
| Bill | 3/1/2006 | | | Accounts Payable | | Loan | -500.00 |
| Bill Pmt -Check | 3/18/2006 | 1286 | | First National Bank-0... | X | Accounts Paya... | -700.00 |
| Bill Pmt -Check | 3/30/2006 | 1299 | | First National Bank-0... | | Accounts Paya... | -200.00 |
| Bill | 4/15/2006 | | | Accounts Payable | | Office Rent | -200.00 |
| Bill Pmt -Check | 4/22/2006 | 1305 | | First National Bank-0... | | Accounts Paya... | -200.00 |
| Check | 4/22/2006 | 1311 | | First National Bank-0... | | Loan | -500.00 |
| Bill | 5/5/2006 | | | Accounts Payable | | -SPLIT- | -700.00 |
| **Dean's Shamrock** | | | | | | | |
| Check | 2/4/2006 | 1275 | | First National Bank-0... | X | Auto Fuel | -29.00 |
| Check | 2/11/2006 | 1277 | | First National Bank-0... | X | Auto Fuel | -22.00 |

1:31 PM
05/14/06

# Great Plains Insurance Agency, LLC
## Transaction List by Vendor
### December 31, 2005 through May 31, 2006

| Type | Date | Num | Memo | Account | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|
| **Del City Chamber of Commerce** | | | | | | | |
| Bill | 1/12/2006 | | | Accounts Payable | | Marketing | -175.00 |
| Bill Pmt -Check | 3/18/2006 | 1287 | | First National Bank-0... | | Accounts Paya... | -100.00 |
| Bill Pmt -Check | 4/22/2006 | 1306 | | First National Bank-0... | | Accounts Paya... | -75.00 |
| **Del City Fire Department** | | | | | | | |
| Check | 1/27/2006 | 1269 | | First National Bank-0... | X | Firm Promotion | -25.00 |
| **Del City Rotary Club** | | | | | | | |
| Bill | 2/6/2006 | | | Accounts Payable | | Dues and Sub... | -123.90 |
| Bill Pmt -Check | 3/18/2006 | 1288 | | First National Bank-0... | | Accounts Paya... | -123.90 |
| **DHL** | | | | | | | |
| Bill | 1/26/2006 | | | Accounts Payable | | Postage and D... | -29.72 |
| Bill | 2/6/2006 | | | Accounts Payable | | Postage and D... | -28.01 |
| Bill Pmt -Check | 3/18/2006 | 1289 | | First National Bank-0... | X | Accounts Paya... | -57.73 |
| Bill | 5/5/2006 | v4961... | | Accounts Payable | | Postage and D... | -60.00 |
| **Don's Alley** | | | | | | | |
| Check | 1/19/2006 | 1262 | Janice Lunch | First National Bank-0... | X | Employee Expe... | -3.68 |
| **Family Dollar** | | | | | | | |
| Check | 2/5/2006 | 1276 | | First National Bank-0... | X | Office Supplies | -5.40 |
| **Jacob & Associates** | | | | | | | |
| Bill | 3/24/2006 | | 2005 K-1 | Accounts Payable | | Accounting | -360.00 |
| Bill Pmt -Check | 4/22/2006 | 1307 | 2005 K-1 | First National Bank-0... | | Accounts Paya... | -360.00 |
| **Karen Carpenter** | | | | | | | |
| Bill | 1/20/2006 | | | Accounts Payable | | Accounting | -100.00 |
| Bill Pmt -Check | 3/18/2006 | 1290 | | First National Bank-0... | X | Accounts Paya... | -100.00 |
| **Linda S Dowers** | | | | | | | |
| Bill | 3/1/2006 | | | Accounts Payable | | Commissions | -31.75 |
| Bill Pmt -Check | 3/18/2006 | 1291 | | First National Bank-0... | X | Accounts Paya... | -31.75 |
| Bill | 5/5/2006 | | | Accounts Payable | | Commissions | -295.38 |
| **Mollman's** | | | | | | | |
| Bill | 1/12/2006 | | | Accounts Payable | | Office Expense | -14.91 |
| Bill Pmt -Check | 2/4/2006 | 1272 | | First National Bank-0... | X | Accounts Paya... | -14.91 |
| Bill | 3/1/2006 | | | Accounts Payable | | Office Expense | -20.58 |
| Bill Pmt -Check | 3/18/2006 | 1292 | | First National Bank-0... | X | Accounts Paya... | -20.58 |
| Bill | 4/8/2006 | 57862... | | Accounts Payable | | Office Expense | -7.56 |
| Bill Pmt -Check | 4/22/2006 | 1308 | | First National Bank-0... | | Accounts Paya... | -7.56 |
| Bill | 5/5/2006 | | | Accounts Payable | | Office Expense | -7.56 |
| **OCN** | | | | | | | |
| Bill | 1/12/2006 | | | Accounts Payable | | Advertising | -267.24 |
| Bill Pmt -Check | 2/4/2006 | 1273 | | First National Bank-0... | X | Accounts Paya... | -100.00 |
| Bill Pmt -Check | 3/18/2006 | 1293 | | First National Bank-0... | X | Accounts Paya... | -167.24 |
| **Okautofinder.com** | | | | | | | |
| Bill | 4/8/2006 | | | Accounts Payable | | Marketing | -200.00 |
| **Oklahoma Employment Security** | | | | | | | |
| Liability Check | 1/28/2006 | 1270 | 01-4306281 | First National Bank-0... | X | SUTA Payable | -18.36 |
| Liability Check | 4/8/2006 | 1300 | 01-4306281 | First National Bank-0... | | SUTA Payable | -76.78 |

1:31 PM
05/14/06

# Great Plains Insurance Agency, LLC
## Transaction List by Vendor
### December 31, 2005 through May 31, 2006

| Type | Date | Num | Memo | Account | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|
| **Oklahoma W/H Tax Division** | | | | | | | |
| Liability Check | 1/28/2006 | EFT | 20-1386089 | First National Bank-0... | X | Payroll Liabilities | -141.00 |
| Liability Check | 2/4/2006 | | 20-1386089 | First National Bank-0... | X | Payroll Liabilities | -146.00 |
| Liability Check | 3/18/2006 | EFT | 20-1386089 | First National Bank-0... | X | Payroll Liabilities | -90.00 |
| **PitneyBowes** | | | | | | | |
| Bill | 3/30/2006 | | | Accounts Payable | | Office Supplies | -48.57 |
| Bill Pmt -Check | 4/22/2006 | 1309 | 2080-7471-86-5 | First National Bank-0... | | Accounts Paya... | -48.57 |
| **Quill** | | | | | | | |
| Bill | 5/5/2006 | | | Accounts Payable | | Office Supplies | -13.99 |
| **R.K. Black, Inc.** | | | | | | | |
| Bill | 1/12/2006 | | | Accounts Payable | | Office Supplies | -6.11 |
| Bill Pmt -Check | 2/4/2006 | 1274 | | First National Bank-0... | X | Accounts Paya... | -6.11 |
| Bill | 3/1/2006 | | | Accounts Payable | | Office Supplies | -5.70 |
| Bill Pmt -Check | 3/1/2006 | 1294 | | First National Bank-0... | X | Accounts Paya... | -5.70 |
| Bill | 4/12/2006 | cn1n0... | | Accounts Payable | | Office Supplies | -6.80 |
| Bill Pmt -Check | 4/22/2006 | 1310 | | First National Bank-0... | | Accounts Paya... | -6.80 |
| **Richard Tyra II** | | | | | | | |
| Check | 5/8/2006 | 1313 | Fuel Additive | First National Bank-0... | | Auto Fuel | -60.00 |
| **Scott Curry** | | | | | | | |
| Check | 1/23/2006 | 1265 | 444660911 | First National Bank-0... | X | Commissions | -132.80 |
| Check | 2/17/2006 | 1280 | 444660911 | First National Bank-0... | X | Commissions | -280.71 |
| Bill | 3/1/2006 | | | Accounts Payable | | Commissions | -201.58 |
| Bill Pmt -Check | 3/18/2006 | 1295 | 444660911 | First National Bank-0... | | Accounts Paya... | -201.58 |
| Check | 4/19/2006 | 1303 | 444660911 | First National Bank-0... | | Commissions | -92.20 |
| Bill | 5/5/2006 | | | Accounts Payable | | Commissions | -337.07 |
| **United States Treasury** | | | | | | | |
| Liability Check | 1/28/2006 | 1271 | 20-1386089 | First National Bank-0... | X | Payroll Liabilities | -25.35 |
| Liability Check | 2/2/2006 | EFT | 20-1386089 | First National Bank-0... | X | -SPLIT- | -627.07 |
| Liability Check | 2/4/2006 | EFT | 20-1386089 | First National Bank-0... | X | -SPLIT- | -605.64 |
| Liability Check | 3/18/2006 | EFT | 20-1386089 | First National Bank-0... | X | -SPLIT- | -467.00 |
| Liability Check | 4/9/2006 | EFT | 20-1386089 | First National Bank-0... | | Payroll Liabilities | -34.13 |
| **Wayne Fernow** | | | | | | | |
| Check | 3/18/2006 | 1296 | Commission I... | First National Bank-0... | X | Commissions | -1,000.00 |
| Check | 4/17/2006 | 1301 | | First National Bank-0... | | Commissions | -150.00 |
| Check | 4/19/2006 | 1302 | | First National Bank-0... | | Commissions | -1,300.00 |

COMMISSION PAYMENT ANALYSIS AS OF 05/14/06
PRODUCTION END DATE 04/30/2006 +
COMMISSION TYPE : NEW

FERNOW, WAYNE,
NUMBER 62457
START DT 11/01/2004

| POLICY NUMBER | TYPE | INSURED | PLAN | PROCESS DATE | TRANSACTION DESCRIPTION | SPLIT PCT | PARTNER | COMP BASIS | SCALE | COMP RATE | COMMISSION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 702360929M | NEW | SCHWABBILL | MUTFUND | 2006/04/07 | MF BD BUY COMMIS | SPLIT | 06502 | 2.50 | | .45000 | 1.13 |
| 711238683L | NEW | CHANSOMBATH, PH | LBLULTPLS | 2006/04/05 | PAYMENT | 100 | . | 125.00 | A | .81000 | 101.25 |
| 711248911L | EXC | BROWN, GWENDOLY | LBLULTPLS | 2006/04/15 | EXCESS PAYMENT | SPLIT | 27184 | 10.96 | | .03000 | .33 |
| 711248912L | EXC | BROWN, JESSIE D | LBLULTPLS | 2006/04/15 | EXCESS PAYMENT | SPLIT | 27184 | 7.51 | | .03000 | .23 |
| 711249493L | NEW | CURRY, PATRICK C | LBLULTPLS | 2006/04/25 | 1YR PRM PAID ADJ | SPLIT | 27184 | -10.04 | 2 | .84000 | -8.43 |
| 713152639L | NEW | MISCHKE, CAROLY | LBLCSVACLA | 2006/04/20 | EXT TRANS PAY | 100 | . | 34542.52 | | .03500 | 1208.99 |
| 777893017M | NEW | CEDENOCHAR | MUTFUNDX | 2006/04/25 | MF BD BUY COMMIS | 100 | . | 2.50 | | .45000 | 1.13 |

TOTAL COMMISSION AMOUNT AGENT 62457

1304.63

1:36 PM

05/14/06

# Great Plains Insurance Agency, LLC
## Employee Earnings Summary
### December 15, 2005 through June 30, 2006

| | Salary | Commiss... | Advance Pay (... | Employe... | Federal With... | Medicare E... | Social Security ... | Federal Unem... | Medicare C... |
|---|---|---|---|---|---|---|---|---|---|
| Wayne E. Fernow | 5,500.00 | 765.63 | 0.00 | 0.00 | -640.00 | -90.85 | -388.47 | 34.13 | 90.85 |
| **TOTAL** | **5,500.00** | **765.63** | **0.00** | **0.00** | **-640.00** | **-90.85** | **-388.47** | **34.13** | **90.85** |

1:36 PM

05/14/06

# Great Plains Insurance Agency, LLC
## Employee Earnings Summary
### December 15, 2005 through June 30, 2006

| | Social Security ... | OK - Withh... | OK - State Unemp... | 125 -Dental Insura... | 125 -Health Insura... | Advance Re... | Employee Loan ... | TOTAL |
|---|---|---|---|---|---|---|---|---|
| Wayne E. Fernow | 388.47 | -364.00 | 51.19 | 0.00 | 0.00 | 0.00 | 0.00 | 5,346.95 |
| TOTAL | 388.47 | -364.00 | 51.19 | 0.00 | 0.00 | 0.00 | 0.00 | 5,346.95 |

1:40 PM
05/14/06
Cash Basis

# Great Plains Insurance Agency, LLC
## Balance Sheet
### As of May 14, 2006

| | May 14, 06 |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Checking/Savings | |
| First National Bank-0062836 | 339.93 |
| Total Checking/Savings | 339.93 |
| Total Current Assets | 339.93 |
| Fixed Assets | |
| Auto | 9,600.00 |
| Total Fixed Assets | 9,600.00 |
| **TOTAL ASSETS** | 9,939.93 |
| **LIABILITIES & EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable | 500.00 |
| Total Accounts Payable | 500.00 |
| Other Current Liabilities | |
| Loan | 4,425.00 |
| Payroll Liabilities | |
| FUTA Payable | -149.94 |
| SUTA Payable | 79.78 |
| Payroll Liabilities - Other | 74.97 |
| Total Payroll Liabilities | 4.81 |
| Total Other Current Liabilities | 4,429.81 |
| Total Current Liabilities | 4,929.81 |
| Long Term Liabilities | |
| Loan from Partner | 8,500.00 |
| Total Long Term Liabilities | 8,500.00 |
| Total Liabilities | 13,429.81 |
| Equity | |
| Capital - Partners | |
| Wayne Draws | -2,190.99 |
| Total Capital - Partners | -2,190.99 |

1:40 PM
05/14/06
Cash Basis

# Great Plains Insurance Agency, LLC
## Balance Sheet
### As of May 14, 2006

| | May 14, 06 |
|---|---|
| Opening Bal Equity | 2,000.00 |
| Retained Earnings | -3,894.36 |
| Net Income | 595.47 |
| Total Equity | -3,489.88 |
| TOTAL LIABILITIES & EQUITY | 9,939.93 |

FORM B6J (11/05) West Group, Rochester, NY

In re *WAYNE EDWARD FERNOW and HARVA JILL FERNOW* / Debtor Case No. ______ (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 580.00 |
| a. Are real estate taxes included? Yes ☐ No ☒ | |
| b. Is property insurance included? Yes ☐ No ☒ | |
| 2. Utilities: a. Electricity and heating fuel | $ 295.00 |
| b. Water and sewer | $ 65.00 |
| c. Telephone | $ 189.00 |
| d. Other *Cable and internet* | $ 110.00 |
| Other | $ 0.00 |
| Other | $ 0.00 |
| 3. Home maintenance (Repairs and upkeep) | $ 50.00 |
| 4. Food | $ 500.00 |
| 5. Clothing | $ 25.00 |
| 6. Laundry and dry cleaning | $ 20.00 |
| 7. Medical and dental expenses | $ 100.00 |
| 8. Transportation (not including car payments) | $ 250.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 25.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renter's | $ 0.00 |
| b. Life | $ 93.64 |
| c. Health | $ 0.00 |
| d. Auto | $ 354.00 |
| e. Other | $ 0.00 |
| Other | $ 0.00 |
| Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | |
| (Specify) *Self-employment taxes* | $ 125.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
| a. Auto | $ 0.00 |
| b. Other: | $ 0.00 |
| c. Other: | $ 0.00 |
| d. Other: | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other: *Student Loan repayment* | $ 325.00 |
| Other: | $ 0.00 |
| Other: | $ 0.00 |
| 18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ 3,106.64 |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: | |
| 20. STATEMENT OF MONTHLY NET INCOME | |
| a. Total monthly income from Line 16 of Schedule I | $ 2,259.28 |
| b. Total monthly expenses from Line 18 above | $ 3,106.64 |
| c. Monthly net income (a. minus b.) | $ (847.36) |

FORM B6 (10/05) West Group, Rochester, NY

In re WAYNE EDWARD FERNOW and HARVA JILL FERNOW / Debtor Case No. ______________ (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 17 sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: 5/30/06 Signature Wayne E Fernow
WAYNE EDWARD FERNOW

Date: 5/30/06 Signature Harva Jill Fernow
HARVA JILL FERNOW

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF OKLAHOMA

In re: *WAYNE EDWARD FERNOW*
*and*
*HARVA JILL FERNOW*

Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

---

*DEFINITIONS*

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

### 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| *Year to date: $16,500.00* | *Regular employment* |
| *Last Year: $67,409.00* | *Regular employment* |
| *Year before: $52,069.00* | *Regular employment* |

### 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

## 3. Payments to creditors

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less then $600. Indicate with an esterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.(Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Creditor: Washington Mutual | 05/16/2006 | $706.27 | $54,000.00 |
| Address: P. O. Box 78148 | 05/09/2006 | $590.57 | |
| Phoenix, AZ 85062-8148 | 04/27/2006 | $578.57 | |
| | 03/03/2006 | $714.38 | |
| | 02/22/2006 | $973.03 | |
| Creditor: US Bank N.A. | 04/26/2006 | $607.50 | $15,000.00 |
| Address: P. O. Box 2188 | 03/22/2006 | $532.50 | |
| Oshkosh, WI 54903-2188 | 03/01/2006 | $486.89 | |
| | 02/03/2006 | $486.89 | |

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

☒ NONE

## 4. Suits and administrative proceedings, executions, garnishments and attachments

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 5. Repossessions, foreclosures and returns

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**6. Assignments and receiverships**

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are seperated and a joint petition is not filed.)

☒ NONE

**7. Gifts**

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.(Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are seperated and a joint petition is not filed.)

☒ NONE

**8. Losses**

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**9. Payments related to debt counseling or bankruptcy**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

☒ NONE

**10. Other transfers**

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

☒ NONE

**11. Closed financial accounts**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are seperated and a joint petition is not filed.)

☒ NONE

**12. Safe deposit boxes**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**13. Setoffs**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**14. Property held for another person**

List all property owned by another person that the debtor holds or controls.

☒ NONE

---

**15. Prior address of debtor**

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

☒ NONE

---

**16. Spouses and Former Spouses**

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

☒ NONE

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

☒ NONE

---

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

☒ NONE

---

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

☒ NONE

**18. Nature, location and name of business**

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

| NAME AND ADDRESS | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|
| Debtor is an Individual: Business: Great Plains Insurance Agency, LLC Address: 4539 S. E. 29th St., Del City, OK 73115 | ID: 201386089 | Contracted with Allstate Insurance Co. to sell insurance and related products. | 11/01/04 to present |

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

☒ NONE

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)

**19. Books, records and financial statements**

a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Name: Wayne Fernow<br>Address: 4539 S. E. 29th St., Del City, OK 73115 | Dates: 11/2004 to present |
| Name: Jacob & Associates, Inc., Forest Jacobs<br>Address: 4430 N. W. 50th St., #E, Oklahoma City, OK 73112 | Dates: 11/2004 to present<br>Prepares company K1 and 1065 forms |

b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

☒ NONE

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS

***Name:* *Wayne Fernow***
***Address:* *4539 S. E. 29th St., Del City, OK 73115***
***Missing:* *None***

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

☒ NONE

**20. Inventories**

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

☒ NONE

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

☒ NONE

**21. Current Partners, Officers, Directors and Shareholders**

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| ***Name:* *Clark Curry***<br>***Address:* *4539 S. E. 29th St., Del City, OK 73115***<br>***Address:***<br>***Address:*** | ***Interest:* *Insurance sales*** | ***Percent:* *50%*** |

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

☒ NONE

**22. Former partners, officers, directors and shareholders**

a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

☒ NONE

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

☒ NONE

**23. Withdrawals from a partnership or distribution by a corporation**

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

☒ NONE

**24. Tax Consolidation Group.**

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

☒ NONE

**25. Pension Funds.**

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

☒ NONE

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date 5/30/06 Signature Wayne E. Farrow

Date 5/30/06 Signature of Joint Debtor (if any) Harvie Jill Farrow

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF OKLAHOMA

In re WAYNE EDWARD FERNOW
and
HARVA JILL FERNOW

/ Debtor

Case No.
Chapter 7

Attorney for Debtor: TERRELL MONKS

## COVER SHEET FOR LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached list of creditors, which consists of 3 pages, is true, correct and complete to the best of my knowledge.

Date: 5/30/06

Debtor

Joint Debtor

TERRELL MONKS
Attorney for the debtor(s)
5101 N. Classen Blvd., #412
Oklahoma City, OK 73118